COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-06-207-CV

 

MIDWAY
GAMES WEST, INC.                                               APPELLANT

 

                                                   V.

 

MESA
LOGIC, INC.                                                                 APPELLEE

                                               ----------

             FROM
THE 362ND DISTRICT COURT OF DENTON COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered AAppellant
Midway Games West, Inc.=s Motion To Voluntarily Dismiss
Appeal.@  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the
appeal.  See TEX. R. APP. P.
42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the
appellant, for which let execution issue. 
See Tex. R. App. P. 43.4.

PER CURIAM

PANEL A:  DAUPHINOT, J.; CAYCE, C.J.; and WALKER, J.

 

DELIVERED:  October 19, 2006











[1]See Tex. R. App. P. 47.4.